1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    vs.<br><br>ABS MANAGER, LLC and GEORGE CHARLES CODY PRICE,<br><br>    Defendants,<br><br>ABS FUND, LLC [ARIZONA]; ABS FUND, LLC [CALIFORNIA]; CAPITAL ACCESS, LLC; CAVAN PRIVATE EQUITY HOLDINGS, LLC; and LUCKY STAR EVENTS, LLC,<br><br>    Relief Defendants. | Case No. 13 CV 0319 GPC (BGS)<br><br>**ORDER DISMISSING RELIEF DEFENDANTS ABS FUND, LLC [ARIZONA]; ABS FUND, LLC [CALIFORNIA]; CAPITAL ACCESS, LLC; CAVAN PRIVATE EQUITY HOLDINGS, LLC; AND LUCKY STAR EVENTS, LLC** |

The parties having stipulated and good cause appearing therefore:

Plaintiff Securities and Exchange Commission's ("SEC") claims against Relief Defendants:

ABS Fund, LLC [Arizona];

ABS Fund, LLC [California];

Capital Access, LLC;

Cavan Private Equity Holdings, LLC; and

Lucky Star Events, LLC

(collectively, "Relief Defendants") be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

IT IS FURTHER ORDERED THAT the asset freeze put in place by the Court's April 4, 2013 Order (Dkt. No. 35) is hereby lifted, and Defendants may resume distributions to Cavan Private Equity Holdings, LLC, Lucky Star Events, Inc., Derek Price, or Sadie, Inc.

IT IS FURTHER ORDERED THAT Relief Defendants are not prevailing parties in this action, and all parties shall bear their own costs and fees.

SO ORDERED.

Dated:  July 31, 2015

*[signature]*
Hon. Gonzalo P. Curiel
United States District Court Judge